AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leeson, Jr., Joseph F. | U.S. District Court, Eastern District of Pennsylvania | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Edward N. Cahn U.S. Courthouse and Federal Building
504 West Hamilton Street, Suite 3401
Allentown, PA 18101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Damar Construction, Inc. - See VIII - Additional Information |
| 2. | Director | DeSales University President's Council |
| 3. | Director | Lehigh Valley Public Telecommunications Corporation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/15/2010 | Pennsylvania Municipal Retirement System - monthly retirement benefit |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Northampton County Bar Association | Membership Dues/Reception | $460.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Adient PLC, Common Stock | A | Dividend | J | T | | | | | |
| 2. Aetna, Inc. Common Stock | B | Dividend | | | Merged (with line 29) | 11/28/18 | K | | |
| 3. Alcoa Upstream Corp., Common Stock | A | Dividend | J | T | | | | | |
| 4. American Bank, Inc. (PA) Common Stock | A | Dividend | K | T | | | | | |
| 5. American Express Company Common Stock | B | Dividend | M | T | | | | | |
| 6. Ameriprise Financial, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 7. Arconic, Inc., Common Stock | A | Dividend | J | T | | | | | |
| 8. Ascent Capital Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 9. AT&T, Inc. Common Stock | B | Dividend | L | T | | | | | |
| 10. Avis Budget Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. Banco Santander, S.A. Common Stock | A | Dividend | J | T | | | | | |
| 12. Bank of America Corporation Common Stock | C | Dividend | N | T | | | | | |
| 13. Blackhawk Network Holdings, Inc. Common Stock | A | Dividend | | | Sold | 06/18/18 | J | A | |
| 14. Boeing Company Common Stock | A | Dividend | L | T | | | | | |
| 15. BB&T Corp. Common Stock | B | Dividend | M | T | | | | | |
| 16. CBS Corporation Common Stock | A | Dividend | J | T | | | | | |
| 17. Charter Communications, Inc. New CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cigna Corp. | A | Dividend | J | T | | | | | |
| 19. Cisco Systems, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20. Citigroup, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 21. Columbia Global Opportunities Fund A Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Columbia Tax Exempt Fund A - Mutual Fund | A | Dividend | K | T | | | | | |
| 23. Comcast Corporation Common Stock | A | Dividend | L | T | | | | | |
| 24. Commercehub, Inc. Series A Common Stock | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 25. Commercehub, Inc. Series C Common Stock | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 26. Conduent, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 27. CrossAmerica Partners Common Stock | B | Dividend | K | T | | | | | |
| 28. CSX Corporation Common Stock | B | Dividend | M | T | | | | | |
| 29. CVS Health Corp. | A | Dividend | K | T | | | | | |
| 30. Discover Financial Services Co. Common Stock | A | Dividend | J | T | | | | | |
| 31. Discovery Communications, Inc. Series A Common Stock | A | Dividend | J | T | | | | | |
| 32. Discovery Communications, Inc. Series C Common Stock | A | Dividend | J | T | | | | | |
| 33. Dow, Inc. (See Sec. VIII) | A | Dividend | J | T | | | | | |
| 34. DowDupont, Inc. Common Stock (formerly Dow Chemical Co.) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DXC Technology Co., Common Stock | A | Dividend | J | T | | | | | |
| 36. Electronics for Imaging, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 37. Ensco Rowan PLC | A | Dividend | J | T | | | | | |
| 38. Express Scripts Holding Company Common Stock | A | Dividend | | | Merged (with line 18) | 12/24/18 | J | | |
| 39. Fifth Third Bancorp Common Stock | B | Dividend | M | T | | | | | |
| 40. Frontier Communications Corp. Common Stock | A | Dividend | J | T | | | | | |
| 41. Fulton Financial Corp. PA Common Stock | B | Dividend | K | T | | | | | |
| 42. GCI Liberty, Inc. CL A Common Stock | A | Dividend | J | T | | | | | |
| 43. General Electric Company Common Stock | B | Dividend | K | T | | | | | |
| 44. Glaxo Smith Kline, PLC Common Stock | A | Dividend | J | T | | | | | |
| 45. Hartford Financial Services Group, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 46. Hewlett Packard Enterp. Co. Common Stock | A | Dividend | J | T | | | | | |
| 47. HP, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 48. International Business Machines Corp. Common Stock | B | Dividend | K | T | | | | | |
| 49. J.P. Morgan & Chase Co. Common Stock | A | Dividend | K | T | | | | | |
| 50. Janus Henderson Group, PLC Common Stock (formerly Janus Capital Group) | A | Dividend | J | T | | | | | |
| 51. Jetblue Airways Corporation Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson Controls International PLC Common Stock | A | Dividend | J | T | | | | | |
| 53. Kansas City Southern Common Stock | A | Dividend | J | T | | | | | |
| 54. Keycorp Common Stock | B | Dividend | K | T | | | | | |
| 55. Liberty Broadband Corp. Series A Common Stock | A | Dividend | J | T | | | | | |
| 56. Liberty Broadband Corp. Series C Common Stock | A | Dividend | J | T | | | | | |
| 57. Liberty Expedia Holdings, Inc., Series A Common Stock | A | Dividend | J | T | | | | | |
| 58. Liberty Formula One, Inc. Series C Common Stock | A | Dividend | J | T | | | | | |
| 59. Liberty Interactive Ventures, Inc. Series A New Common Stock | A | Dividend | | | Merged (with line 84) | 03/12/18 | J | | |
| 60. Liberty Media Corp. Del. Series A Sirius XM Group Common Stock | A | Dividend | J | T | | | | | |
| 61. Liberty Media Corp. Del. Series C Sirius XM Group Common Stock | A | Dividend | J | T | | | | | |
| 62. Liberty Media Corp. Series A Braves Group Common Stock | A | Dividend | J | T | | | | | |
| 63. Liberty Media Corp. Series C Braves Group Common Stock | A | Dividend | J | T | | | | | |
| 64. Liberty Media Corp. Liberty Formula One, Common Stock | A | Dividend | J | T | | | | | |
| 65. Liberty TripAdvisor Holdings, Inc. Series A Common Stock | A | Dividend | J | T | | | | | |
| 66. Lincoln National Corporation Common Stock | A | Dividend | J | T | | | | | |
| 67. Lions Gate Entertainment Corp. CL.B NonVoting Com. Stk. | A | Dividend | J | T | | | | | |
| 68. Mallinckrodt Public Ltd. Company Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Medtronic PLC Common Stock | A | Dividend | J | T | | | | | |
| 70. Merck & Co., Inc. Common Stock | A | Dividend | K | T | | | | | |
| 71. Micro Focus Intl., Inc. Common Stock | A | Dividend | J | T | | | | | |
| 72. Monsanto Company Common Stock | A | Dividend | | | Sold | 06/07/18 | K | E | |
| 73. Morgan Stanley Common Stock | A | Dividend | J | T | | | | | |
| 74. Motorola Solutions, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 75. Nokia Corp. Common Stock | A | Dividend | J | T | | | | | |
| 76. NVent Electric PLC (See Sec. VIII) | A | Dividend | J | T | | | | | |
| 77. Olin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 78. Oracle Corp. Common Stock | A | Dividend | J | T | | | | | |
| 79. Pentair Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 80. Perspecta, Inc. (See Sec. VIII) | A | Dividend | J | T | | | | | |
| 81. Pfizer, Inc. Common Stock | C | Dividend | M | T | | | | | |
| 82. PHH Corporation Common Stock | A | Dividend | J | T | | | | | |
| 83. PNC Financial Services Group, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 84. Qurate Retail, Inc. QVC Group Series A Common Stock | A | Dividend | J | T | | | | | |
| 85. Regions Financial Corp. Common Stock | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Rowan Companies, Inc. Common Stock | A | Dividend | | | Merged (with line 37) | 04/11/18 | J | | |
| 87. Southwest Airlines Company Common Stock | A | Dividend | M | T | | | | | |
| 88. TE Connectivity Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 89. Time Warner, Inc. Common Stock | A | Dividend | | | Merged (with line 17) | 05/15/18 | J | | |
| 90. Travelers Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 91. Vanguard Prime Money Market Mutual Fund | A | Dividend | K | T | | | | | |
| 92. Verizon Communications, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 93. Viacom, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 94. Wabtec Company (See Sec. VIII) | A | Dividend | J | T | | | | | |
| 95. Waste Management, Inc. Common Stock | B | Dividend | L | T | | | | | |
| 96. Wells Fargo & Co. Common Stock | B | Dividend | L | T | | | | | |
| 97. Wyndham Destinations, Inc. | A | Dividend | J | T | | | | | |
| 98. Wyndham Hotels & Resorts, Inc. (See Sec. VIII) | A | Dividend | J | T | | | | | |
| 99. Wyndham Worldwide Corp. Common Stock | A | Dividend | | | Merged (with line 97) | 06/01/18 | J | | |
| 100. Xerox Corporation Common Stock | A | Dividend | J | T | | | | | |
| 101. Damar Construction, Inc., Stock | D | Dividend | M | U | | | | | |
| 102. Rental Property #1, City of Bethlehem, Pennsylvania | D | Rent | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Aviva Life Insurance: Universal Life | C | Interest | M | T | | | | | |
| 104. BB&T Bank Accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leeson, Jr., Joseph F. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I - Positions

I serve as President and a member of the Board of Directors of Damar Construction, Inc. ("Damar"), both of which are unsalaried positions. Damar is a Pennsylvania business corporation co-owned 50% by me and co-owned 50% by a family member. Damar's sole assets are two small office buildings. Its sole activity is leasing of office space in the two buildings.

Section VII - Investments and Trusts

No. 33 - Dow, Inc. is a spinoff from Dow Dupont, Inc.

No. 76 - NVent Electric PLC is a spinoff from Pentair Ltd.

No. 80 - Perspecta, Inc. is a spinoff from DXC Technology Co.

No. 94 - Wabtec Company is a spinoff from General Electric Company.

No. 99 - Wyndham Hotels & Resorts, Inc. is a spinoff from Wyndham Worldwide Corp.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Joseph F. Leeson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544